# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW
6/27/11

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614



RECEIVED JUN 27 2011 BANKRUPTCY COURT ROCHESTER, NY

Rec # 8185
#.83

Re: WIGGINS, TIMOTHY B. / Case # 08-21636
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $0.83. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

**X** The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant: PYOD LLC its successors and assigns c/o Resurgent Capital Services     Amount $ 0.83     Claim Register # 13

DOUGLAS J. LUSTIG
Trustee

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1397

585 232 3730
FAX 585 232 3882
www.cdlawyers.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP